WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
ddickinson@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN SLOVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, and DOES 1-5, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00568-APG-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff KEVIN SLOVER ("Plaintiff") and Defendant VALLEY HEALTH SYSTEM, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of April 22, 2020, up to and including **May 13, 2020**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 13, 2020

Respectfully submitted,

*/s/ Theresa M. Santos*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
KEVIN SLOVER

Dated: April 13, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: April 14, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4822-6153-1065.1 069080.1000

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800