UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Slover,<br><br>     Plaintiff,<br><br>v.<br><br>Valley Health System, LLC,<br><br>     Defendant. | Case No.: 2:20-cv-00568-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 9) |

   Based on the parties' stipulation (ECF No. 9) to submit this dispute to private binding arbitration as required under the Arbitration Agreement, this court no longer has jurisdiction over this dispute and there is no need for this case to remain.

   I therefore grant the stipulation (ECF No. 9) in part.  This matter shall be submitted to binding arbitration under the terms of the Arbitration Agreement.

   I further dismiss this case without prejudice and order the clerk of the court to close the file.

   Dated: May 1, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE